UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FELIX PRADO,

    Petitioner,

v.

STATE OF MINNESOTA,

    Respondent.

Civil No. 13-1261 PJS/AJB

O R D E R

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 29, 2013, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**;

2. Petitioner's application to proceed in forma pauperis, (Docket No. 4), is **DENIED**;

3. This action is **DISMISSED WITH PREJUDICE**; and

4. Petitioner is **NOT** granted a Certificate of Appealability.

DATED: 06/18, 2013.

                                                s/Patrick J. Schiltz
                                                Judge Patrick J. Schiltz
                                                U. S. District Court